## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

**v.**

**THERESA FOREMAN MITCHELL**
a/k/a "Theresa Lee Yingling"
and
**CHRISTOPHER SIMBA BUCKERIDGE**
a/k/a "Hubby"

_____/

**SEALED
INDICTMENT**

3:26cr37-TKW

THE GRAND JURY CHARGES:

### COUNT ONE

### A. THE CHARGE

Between on or about January 1, 2023, and on or about April 12, 2025, in the

Northern District of Florida and elsewhere, the defendants,

**THERESA FOREMAN MITCHELL,**
a/k/a "Theresa Lee Yingling,"
and
**CHRISTOPHER SIMBA BUCKERIDGE,**
a/k/a "Hubby,"

did knowingly and willfully combine, conspire, confederate, and agree together

and with other persons to commit the following offenses against the United States:

1. To employ, use, persuade, induce, and entice "Minor Female 1" and

"Minor Female 2" to engage in, with the intent that such minors engage in, any

Returned in open court pursuant to Rule 6(f)

**3/17/2026**

Date

JB

United States Magistrate Judge

FILED USDC FLND PN
MAR 17 '26 PM 2:29

sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and attempt to employ, use, persuade, induce, and entice "Minor Female 1" and "Minor Female 2" to engage in, with the intent that such minor engage in, sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this depiction was produced using materials that had been shipped and transported in interstate and foreign commerce, and were transported and transmitted in and effecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e);

2.    To knowingly distribute, and attempt to distribute, material containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2).

## B. MANNER AND MEANS OF CONSPIRACY

It was part of the conspiracy that:

1.    From between on or about January 1, 2023, and on or about April 12, 2025, the defendants, along with other unindicted conspirators, were participants in chat communications and groups on Chat Application-1 that sold, distributed, received, and discussed images and videos of "Minor Female 1" and "Minor

2

Female 2" engaged in sexually explicit conduct.

2.    The participants operated anonymously on Chat Application-1, using an encrypted messaging application, and anonymous usernames in order to avoid detection.

3.    The participants planned, coordinated, and discussed the production of images and videos depicting minors engaged in sexually explicit conduct.

4.    The participants sold and distributed images and videos of minors engaged in sexually explicit conduct for the benefit of other like-minded participants.

All in violation of Title 18, United States Code, Sections 2251(a) and (e) and 2252A(a)(2) and (b)(1).

## COUNT TWO

Between on or about January 1, 2023, and on or about April 12, 2025, in the Northern District of Florida and elsewhere, the defendant,

**THERESA FOREMAN MITCHELL,**
**a/k/a "Theresa Lee Yingling,"**

did employ, use, persuade, induce, and entice "Minor Female 1" to engage in, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and attempt to employ, use, persuade, induce, and entice "Minor Female 1" to engage in, with the intent that

3

such minor engage in, sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this depiction was produced using materials that had been shipped and transported in interstate and foreign commerce, and was transported and transmitted in and effecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### COUNT THREE

Between on or about January 1, 2023, and on or about April 12, 2025, in the Northern District of Florida and elsewhere, the defendant,

**THERESA FOREMAN MITCHELL,**
**a/k/a "Theresa Lee Yingling,"**

did employ, use, persuade, induce, and entice "Minor Female 2" to engage in, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and attempt to employ, use, persuade, induce, and entice "Minor Female 2" to engage in, with the intent that such minor engage in, sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this depiction was produced using materials that had been shipped and transported in interstate and foreign commerce, and was transported and transmitted in and effecting interstate and foreign commerce by any means, including by computer.

4

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT FOUR

Between on or about February 2, 2025, and on or about April 12, 2025, in the Northern District of Florida and elsewhere, the defendant,

**THERESA FOREMAN MITCHELL,**
**a/k/a "Theresa Lee Yingling,"**

did knowingly receive material containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT FIVE

Between on or about February 2, 2025, and on or about April 12, 2025, in the Northern District of Florida and elsewhere, the defendant,

**CHRISTOPHER SIMBA BUCKERIDGE,**
**a/k/a "Hubby,"**

did knowingly distribute material containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

5

## COUNT SIX

On or about April 12, 2025, in the Northern District of Florida, the defendant,

**THERESA FOREMAN MITCHELL,**
**a/k/a "Theresa Lee Yingling,"**

did knowingly possess material containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, that was produced using materials that had been shipped and transported in interstate and foreign commerce, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## COUNT SEVEN

Between on or about January 1, 2023, and on or about April 12, 2025, in the Northern District of Florida and elsewhere, the defendants,

**THERESA FOREMAN MITCHELL,**
**a/k/a "Theresa Lee Yingling,"**
**and**
**CHRISTOPHER SIMBA BUCKERIDGE,**
**a/k/a "Hubby,"**

did knowingly combine, conspire, confederate, and agree together and with other persons to conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, that is, deposits into financial institution accounts, and the interstate transfer of funds via PayPal, Coinbase, Venmo, Stripe, and Cash App, involving funds that were proceeds of a specified unlawful activity, that is, conspiracy to produce and distribute child pornography, and the production and distribution of child pornography, in violation of Title 18, United States Code, Sections 2251(a), 2251(e), 2252A(a)(2), and 2252A(b)(1), and that the defendants knew to be the proceeds of some form of unlawful activity, with the intent to promote the carrying on of the specified unlawful activity, and knowing that these transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## CHILD PORNOGRAPHY FORFEITURE

The allegations contained in Counts One through Six of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 18, United States Code, Section 2253.

From their engagement in the violations alleged in Counts One through Six of this Indictment, the defendants,

**THERESA FOREMAN MITCHELL,**
**a/k/a "Theresa Lee Yingling,"**
**and**
**CHRISTOPHER SIMBA BUCKERIDGE,**
**a/k/a "Hubby,"**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of their interest in:

A.     Any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

B.     Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One through Six of this Indictment; and

C.     Any property, real or personal, used, or intended to be used, to commit or promote the commission of the offenses alleged in Counts One through Six of this Indictment.

D.     The property referenced in subparagraphs A, B, and C above includes, but is not limited to, computer hardware such as monitors, central processing units,

8

keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, and hard disk drives or units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the hardware and software mentioned above, tools, equipment, and manuals and documentation for the assembly and use of the hardware and software mentioned above.

If, as the result of any act or omission of the defendants, any of the property described above as being subject to forfeiture:

      i.     cannot be located upon the exercise of due diligence;

      ii.    has been transferred or sold to, or deposited with, a third person;

     iii.   has been placed beyond the jurisdiction of the Court;

     iv.   has been substantially diminished in value; or

     v.    has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), and by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of any forfeitable property described above.

9

## MONEY LAUNDERING FORFEITURE

The allegations contained in Count Seven of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(1). From the defendants' engagement in the violation alleged in Count Seven of this Indictment, the defendants,

**THERESA FOREMAN MITCHELL,**
**a/k/a "Theresa Lee Yingling,"**
**and**
**CHRISTOPHER SIMBA BUCKERIDGE,**
**a/k/a "Hubby,"**

shall forfeit to the United States of America any and all of the defendants' right, title, and interest in any property, real and personal, involved in such offense, and any property traceable to such property.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

     i.     cannot be located upon the exercise of due diligence;

     ii.     has been transferred or sold to, or deposited with, a third person;

     iii.     has been placed beyond the jurisdiction of this Court;

     iv.     has been substantially diminished in value; or

v.     has been commingled with other property that cannot be

divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code,

Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1),

and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other

property of said defendants up to the value of the forfeitable property.

A TRUE BILL:

███████████████████

FOREPERSON

DATE _____1/17/2026_____

JOHN P. HEEKIN
United States Attorney

DAVID L. GOLDBERG
Assistant United States Attorney

EDUARDO A. PALOMO
Trial Attorney
Child Exploitation and Obscenity Section
United States Department of Justice

11