# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                             **Case No. 3:26cr37/TKW**

**THERESA FOREMAN MITCHELL**
  **a/k/a "Theresa Lee Yingling"**
  **and**
**CHRISTOPHER SIMBA BUCKERIDGE**
  **a/k/a "Hubby"**

_____/

## MOTION REQUESTING AN ORDER
## UNSEALING THE INDICTMENT

COMES NOW, the United States of America, and requests that this Court issue an Order unsealing the Indictment issued in this case, and in support of this motion states as follows:

1.    The Indictment in this cause alleges violations of federal statutes in relation to child exploitation and money laundering.  One defendant is now in custody in another district, and the other defendant is in a foreign country that requires a copy of the instant Indictment and arrest warrant to proceed.  As such, the Indictment, and its docket, may be unsealed.

2.    The United States moves the Court that the Indictment be unsealed along with the docket for the case.



RCVD USDC FLND PN
MAR 19 '26 PM2:40

1

Respectfully submitted,

JOHN P. HEEKIN
United States Attorney

/s/ David L. Goldberg

DAVID L. GOLDBERG
Assistant United States Attorney
Member of the Maryland Bar
21 East Garden Street, Suite 300
Pensacola, Florida 32502
(850) 444-4000

DONE and ORDERED this **19th** day of March, 2026.

UNITED STATES MAGISTRATE JUDGE

2